Cesar Flores BDS190
Name and Prisoner/Booking Number

CSATf/State Prison
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

**JUN 10 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Cesar Flores
(Full Name of Plaintiff)                     Plaintiff,

v.

(1) The Warden of D.V.I
(Full Name of Defendant)

(2) Mullindo 2nd watch c-wing

(3) Romero Lnd watch c-wing

(4) Corckin 2nd watch c-wing
                                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)  CASE NO. 2:20 - CV - 01973-KJM-CKD
)            (To be supplied by the Clerk)
)
)
)
)
)       **CIVIL RIGHTS COMPLAINT**
)          **BY A PRISONER**
)
)    ☐ Original Complaint
)    ☒ First Amended Complaint
)    ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Institution D.V.I _____.

## B. DEFENDANTS

1.  Name of first Defendant: _____. The first Defendant is employed as:

_____at_____.
         (Position and Title)                                     (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:

_____at_____.
         (Position and Title)                                     (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:

_____at_____.
         (Position and Title)                                     (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:

_____at_____.
         (Position and Title)                                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
           _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities       ☐ Mail            ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The officer Name who Place The Bed move From H wing To H-wing To E-wing And staff complaint. why was The Pettiner housed on 3rd V Tier? To Recieved all E-wing 2nd & 3rd watch staff Name's on Jun 6·7·8 2020 And Comtlaint forms for Each staff. what Measures, were taken to Insure Professional Care. why didn't officer's of E-wing refuse To make the housed chang. what is The Protocol for Inmate's, who has Impairment Divalable Equipment. And why when I Inmate Ceske Flores BD5140 when Being wrongfuly housed on The 3rd Tire C.O staff of D·V·I Name: Romero 2nd watch E-wing while He was working E-wing I Informed him that I was wrongfully housed on 3rd tire with A Cane & A Vest After Informing c.o staff of D·V·I Name: Romero 2nd watch E-wing officer refuse to make the housing chang. Because I Do Not have A Lower Tier Chrono And Refuse to make the house chang. And ● C.O staff of D·V·I Name: Muldindo 2nd watch E-wing officer After coming Back from Yard c.o staff of D·V·I muldindo seen me Go up from 1st Tier to 3rd Tier with A Cane & A Vest And Asked Co staff of D·V·I Name: Corcarn 2nd watch E-wing officer said he Did Not know And stood by And watch me clime from 1st Tier to 3rd tier And Did nothing About it And stood by After I Informed C.O staff of D·V·I Named Romero 2nd watch E-wing officer And Refuse To make the house chang. After & while Being wrongfully housed on 3rd Tier, when custody staff in E-wing And watch me clime 3 flights. Stairs They Fail That Duty of Inmate Safty ● & Discrimminated my medical Need to Be housed on the lower Tier And Acted with Professional & Negligency.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

After Being & While Being wrongfully housed On 3rd Tier with A Con & A Vest They Discrimminated my Medical Need's To Be housed ON The Lower Tier And Also Affected by The 1824 Reasonable Accomodation Program Custory staff awe's A Duty to Insure All Inmate's safty is is secured, And when when Custody staff in E-wing stook by watch me clime 8 flights of stairs They Fail That Duty. of Inmate Safty. And Refuse to make the housed Chang And Acted with Professional And Neligency And Fell ON 3rd Tier with A Cane & A Vest.

5. **Administrative Remedies:** And was Insured on The 3rd Tier.

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim I?            ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Institution claimed There was Contamintion on Appeal. And Need is Submit.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
   - ☐ Basic necessities          ☐ Mail          ☐ Access to the court     ☒ Medical care
   - ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion    ☐ Retaliation
   - ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

medical discriminated my Need of A Lower Tier Chrono when I was Graven A Can And
A Vest And REGard's To This ___ I Issued I Was Wrong fully hosed on 3rd Tier.
And Discrimmated my need's To Be house's on The ___ Lower Tier And Acted with
Professional ? with Negligency And worng fully housed on 3rd Tier with A Cane
And A Vest ? That Also Afferded   by The 1824 Reasonble Accomendation
Program. ___ Also Discrimintated My Need to be house on The Lower Tier
___ Refuse by A 1824 Reasonable Accomendation Also REGard to medical
care. Medical health dipartenent.
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
medical discriminated my Need of A lower Tier Chrono when I was Given A
Can And A VEST ? Also Afferded by The 1824 Reasonable Accocnaation to
medical care, medical healt Dipartenent. Discriminated my Need to be housed on The
Lower And Was Injured on The 3rd Tir REGard to this Discrimination And Nelgency.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
      institution?                                                                ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?              ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. Institution Claimed There was contamintion on Appeal.
      And Nerd is submit.

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer     ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III?     ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
I am Seek Monextary Relief for Pain And suffering Fall
Injury And bo To J Staff Negligeness And wrong fully housed on
3rd Tier with A cane 3 West And for Medical J Disorimated
my Medical Needs, for A Lower Tier Chrono I could have fallen
from 3rd Tier To 1st And

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

                 DATE

Flores Cecar
SIGNATURE OF PLAINTIFF

NoNe

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

NoNe

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.