1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CESAR FLORES,                          No.  2:20-cv-01973-KJM-CKD P

12                 Plaintiff,

13          v.                               FINDINGS AND RECOMMENDATIONS

14    CORCARN, et al.,

15                 Defendants.

16

17          By order filed August 11, 2021, plaintiff's second amended complaint was dismissed and

18    thirty days leave to file an amended complaint was granted.  The thirty day period has now

19    expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

20    order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after being served with these findings and recommendations, plaintiff may file written objections

26    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

27    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

28    /////

1

1   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2   (9th Cir. 1991).

3   Dated:  September 22, 2021

4                                                    _____

                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11   12/flor1973.fta(3).docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28